IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KELLY WHISBY,

    Plaintiff,

vs.                                       CASE NO. 5:10cv175/RS-EMT

JOHN DOE, Lieutenant of
Marianna Federal Prison, et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Order, Report and Recommendation (Doc. 5). Plaintiff has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Order, Report and Recommendation is adopted and incorporated in this Order.

2. Pursuant to 28 U.S.C. §1915(g), this case is dismissed without prejudice to Plaintiff's filing a new complaint which must be accompanied by payment of the $350.00 filing fee in its entirety.

3. The clerk is directed to close the file.

**ORDERED** on September 17, 2010.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**